United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| 3 C'S DIESEL SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00007 |
| | § | |
| M/V GENESIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On October 19, 2026, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (D.E. 47), recommending that this Court grant Cross-Plaintiff CB50 LLC's motion for summary judgment (D.E. 36), resolving a portion of this case. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Special Order No. C-2023-1. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 47), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS** CB50's motion for summary judgment (D.E. 36).

- The Court **DECLARES** that CB50's mortgage is a valid and subsisting lien upon the M/V GEMINI, its engines, tackle, apparel, etc., and all other equipment and necessaries belonging and appurtenant thereto, which is prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, with the exception of duly established *custodia legis* expenses, if any;
- The Court **ORDERS** that the M/V GEMINI be sold at judicial auction, with the sale proceeds from such sale to be held in the registry of the Court pending final liquidation of amounts owed in accordance with the priority ranking of *custodia legis* expenses, CB50's mortgage lien, and 3C's claim, if established; and
- The Court **ORDERS** CB50 to submit a motion for approval with an additional accounting document within 21 days of the entry of this order, computing and clarifying the amounts owed in interest and attorney fees. The Court **ORDERS** Genesis Ventures to file any response to the motion for approval within 21 days after it is filed.

**ORDERED** on November 16, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE